# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SHARLLETTE BERRY**             **PLAINTIFF**

v.        No. 4:21-cv-284-DPM

**CAPELLA UNIVERSITY and**
**STRATEGIC EDUCATION, INC.**        **DEFENDANTS**

## ORDER

Amended Complaint, *Doc. 18*, noted. The Court needs clarification on some counsel issues. Does Branch wish to remain as counsel of record for Berry? If so, she needs to petition for admission to the bar of this Court. Please advise by 29 June 2021.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 June 2021