# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SHARLLETTE BERRY**                                      **PLAINTIFF**

v.                          **No. 4:21-cv-284-DPM**

**CAPELLA UNIVERSITY and**
**STRATEGIC EDUCATION, INC.**                    **DEFENDANTS**

## ORDER

This Court dismissed Berry's initial claims against Capella on 5 May 2021. Berry amended her complaint a month later. Capella again seeks dismissal. Despite an extension of time, Berry hasn't responded to the motion. Taking the facts alleged by Berry as true, *Stockley v. Joyce*, 963 F.3d 809, 816–17 (8th Cir. 2020), dismissal is warranted on the current papers. Berry added Strategic Education— Capella's parent company—as a defendant. But, her amended complaint otherwise mirrors the original. She hasn't corrected any of the deficiencies identified in the Court's previous Order, *Doc. 17*. Capella's motion, *Doc. 19*, is therefore granted as modified. Capella is dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 July 2021