# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

SHARLLETTE BERRY                                        PLAINTIFF

v.                      No. 4:21-cv-284-DPM

STRATEGIC EDUCATION, INC.                     DEFENDANT

## ORDER

Berry hasn't made good service of the amended complaint on Strategic Education, Inc. and the time for doing so has passed. The amended complaint will be dismissed without prejudice for lack of prosecution.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 November 2021