IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHARLLETTE BERRY                                           PLAINTIFF

v.                          No. 4:21-cv-284-DPM

CAPELLA UNIVERSITY and
STRATEGIC EDUCATION, INC.                              DEFENDANTS

## JUDGMENT

The amended complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 November 2018